**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

LATASHA L. MILLBROOKS,                      *
                                            *
                    Plaintiff,              *
vs.                                         *
                                            *          No. 2:12CV00014-JJV
CAROLYN W. COLVIN, Acting                   *
Commissioner, Social Security              *
Administration,                             *
                                            *
                    Defendant.

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged

that the decision of the Commissioner is affirmed and that the Plaintiff's Complaint is dismissed

with prejudice.

IT IS SO ORDERED this 21st day of February, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE